**B1 Official Form 1 (4/10)**

**United States Bankruptcy Court**
**Eastern District of Kentucky**

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle): **Joseph-Beth Booksellers, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): **N/A** |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): **See attached list** | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): **N/A** |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): **31-1566343** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): N/A |
| Street Address of Debtor (No. & Street, City, and State): **1727 Riverside Drive Cincinnati, OH**  ZIPCODE **45202** | Street Address of Joint Debtor (No. & Street, City, and State): **N/A**  ZIPCODE |
| County of Residence or of the Principal Place of Business: **Hamilton** | County of Residence or of the Principal Place of Business: **N/A** |
| Mailing Address of Debtor (if different from street address): **Same**  ZIPCODE | Mailing Address of Joint Debtor (if different from street address): **N/A**  ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box.)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☒ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box.)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. §101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☒ Other

**Tax-Exempt Entity** (Check box, if applicable.)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts defined in 11 U.S.C. §101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☒ Debts are primarily business debts.

**Filing Fee** (Check one box.)
- ☒ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. §101(51D).
- ☒ Debtor is not a small business debtor as defined in 11 U.S.C. §101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. §1126(b).

**Statistical/Administrative Information**
- ☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses are paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to 10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 Million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 Million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |

**B1(OfficialForm1)(4/10)** Page2

| **VoluntaryPetition** *(Thispagemustbecompletedandfiledineverycase)* | NameofDebtor(s): **Joseph-BethBooksellers,LLC** |||
|---|---|---|---|
|  | **AllPriorBankruptcyCasesFiledWithinLast8Years**  (Ifmorethantwo,attachadditionalsheet.) |||
| Location WhereFiled:    None | CaseNumber: || DateFiled: |
| Location WhereFiled: | CaseNumber: || DateFiled: |
| **PendingBankruptcyCaseFiledbyanySpouse,Partner,orAffiliateofthisDebtor** (Ifmorethanone,attachadditionalsheet.) ||||
| NameofDebtor: **SeeattachedForm1015-2,StatementofRelatedorCompanionCases** | CaseNumber: || DateFiled: |
| District: | Relationship: || Judge: |

| **ExhibitA** | **ExhibitB** |
|---|---|
| (Tobecompletedifdebtorisrequiredtofileperiodicreports(e.g.,forms10Kand10Q)withtheSecuritiesandExchangeCommissionpursuanttoSection13or15(d)oftheSecuritiesExchangeActof1934andisrequestingreliefunderchapter11.) | (Tobecompletedifdebtorisanindividual whosedebtsareprimarilyconsumerdebts.) |
| ☐ExhibitAisattachedandmadeapartofthispetition. | I,theattorneyforthepetitionernamedintheforegoingpetition,declarethatIhaveinformedthepetitionerthat[heorshe]mayproceedunderchapter7,11,12,or13oftitle11,UnitedStatesCode,andhaveexplainedthereliefavailableundereachsuchchapter.IfurthercertifythatIdeliveredtothedebtorthenoticerequiredby11U.S.C.§342(b). |
| X | SignatureofAttorneyforDebtor(s)    Date |

**ExhibitC**

Doesthedebtorownorhavepossessionofanypropertythatposesorisallegedtoposeathreatofimminentandidentifiableharmtopublichealthorsafety?

☐Yes,andExhibitCisattachedandmadeapartofthispetition.
☒No

**ExhibitD**

(Tobecompletedbyeveryindividualdebtor.Ifajointpetitionisfiled,eachspousemustcompleteandattachaseparateExhibitD.)

  ☐ExhibitDcompletedandsignedbythedebtorisattachedandmadeapartofthispetition.

Ifthisisajointpetition:

  ☐ExhibitDalsocompletedandsignedbythejointdebtorisattachedandmadeapartofthispetition.

**InformationRegardingtheDebtor-Venue**
*(Checkanyapplicablebox)*

☒Debtorhasbeendomiciledorhashadaresidence,principalplaceofbusiness,orprincipalassetsinthisDistrictfor180daysimmediatelyprecedingthedateofthispetitionorforalongerpartofsuch180daysthaninanyotherDistrict.

☐Thereisabankruptcycaseconcerningdebtor'saffiliate,generalpartner,orpartnershippendinginthisDistrict.

☐DebtorisadebtorinaforeignproceedingandhasitsprincipalplaceofbusinessorprincipalassetsintheUnitedStatesinthisDistrict,orhasnoprincipalplaceofbusinessorassetsintheUnitedStatesbutisadefendantinanactionorproceeding[inafederalorstatecourt]inthisDistrict,ortheinterestsofthepartieswillbeservedinregardtothereliefsoughtinthisDistrict.

**CertificationbyaDebtorWhoResidesasaTenantofResidentialProperty**
*(Checkallapplicableboxes).*

☐Landlordhasajudgmentagainstthedebtorforpossessionofdebtor'sresidence.(Ifboxchecked,completethefollowing.)

_____
(Nameoflandlordthatobtainedjudgment)

_____
(AddressofLandlord)

☐Debtorclaimsthatunderapplicablenonbankruptcylaw,therearecircumstancesunderwhichthedebtorwouldbepermittedtocuretheentiremonetarydefaultthatgaverisetothejudgmentforpossession,afterthejudgmentforpossessionwasentered,and

☐Debtorhasincludedinthispetitionthedepositwiththecourtofanyrentthatwouldbecomedueduringthe30-dayperiodafterthefilingofthepetition.

☐Debtorcertifiesthathe/shehasservedtheLandlordwiththiscertification.(11U.S.C.§362(l)).

B1 (Official Form 1) (4/10) Page 3

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Joseph-Beth Booksellers, LLC** |
|---|---|

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br><br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br><br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>Signature of Debtor<br><br>_____<br>Signature of Joint Debtor<br><br>_____<br>Telephone Number (If not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only **one** box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>Signature of Foreign Representative<br><br>_____<br>Printed Name of Foreign Representative<br><br>_____<br>Date |
| **Signature of Attorney\*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
| X ***/s/ Ellen Arvin Kennedy***<br>Signature of Attorney for Debtor(s)<br>**Ellen Arvin Kennedy, Esq.**<br>Printed Name of Attorney for Debtor(s)<br>**Dinsmore & Shohl LLP**<br>Firm Name<br>**Lexington Financial Center<br>250 West Main St., Ste. 1400<br>Lexington, KY 40507**<br>Address<br>**(859) 425-1000**<br>Telephone Number<br>**November 11, 2010**<br>Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.) |
| **Signature of Debtor (Corporation/Partnership)** | |
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X ***/s/ Neil Van Uum***<br>Signature of Authorized Individual<br><br>**Neil J. Van Uum**<br>Printed Name of Authorized Individual<br><br>**President and Chief Manager**<br>Title of Authorized Individual<br><br>**November 11, 2010**<br>Date | _____<br>Address<br>_____<br><br>X _____<br><br>_____<br>Date<br><br>Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.<br><br>Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.* |