IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **JOSEPH-BETH BOOKSELLERS, LLC, a Tennessee limited liability company,** | **Case No. 10-_____ ( )** |
| **Debtor** | |
| **1727 Riverside Drive** | |
| **Cincinnati, OH 45202** | |
| **Employer Tax I.D. No. 31-1566343** | |

**EQUITY HOLDERS JOSEPH-BETH BOOKSELLERS, LLC**

| | |
|---|---|
| JB Booksellers, Inc. | 99% |
| General Benton Smith, Inc. | 1% |

1847166v1